UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Jeffrey Edgington                                  CHAPTER 13
                                                          CASE NO. 16-51765-pjs
                                                          JUDGE Phillip Shefferly

Debtor,
_____/

## ORDER CONFIRMING PLAN

      The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3500.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $3500.00  shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

XX The Debtor's Plan payments shall be increased to $565.00 semi-monthly effective the 1st day of November, 2016.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| /s/ David Wm. Ruskin | | /s/ Robert Bishop |
| DAVID WM. RUSKIN (P26803) | CREDITOR: | Robert Bishop    (P66345) |
| CHAPTER 13 TRUSTEE | | ATTORNEY FOR DEBTOR |
| 26555 Evergreen Road | | 24405 Gratiot |
| 1100 Travelers Towers | | Easpointe, MI 48021 |
| Southfield, MI 48076-4251 | | 586-775-0600 |
| 248-352-7755 | | bermanbishop@gmail.com |

**Signed on November 08, 2016**

                                                  **/s/ Phillip J. Shefferly**
                                                     **Phillip J. Shefferly**
                                                  **United States Bankruptcy Judge**