| Fill in this information to identify the case: |
|---|
| Debtor 1  Jeffery J. Edgington |
| Debtor 2  _____ |
| (Spouse, if filing) |
| United States Bankruptcy Court for the EASTERN District of MICHIGAN |
| Case number 16-51765-pjs |

## Official Form 410S1
## Notice of Mortgage Payment Change                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4779

**Date of payment change:** 4/1/2019
Must be at least 21 days after date of this notice

**New total payment:** $813.03
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $254.44        New escrow payment: $263.89

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:              New interest rate:

   Current principal and interest payment:    New principal and interest payment:

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment              New mortgage payment:

Debtor 1 <u>Jeffery J. Edgington</u>   Case number (if known) <u>16-51765-pjs</u>
         Print Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ **I am the creditor's authorized agent.**

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Paul Crockett</u>   Date  <u>03/07/2019</u>
   Signature

Print      <u>Paul Crockett</u>                               Title   <u>Authorized Agent for Creditor</u>
           First Name    Middle Name    Last Name

Company    <u>RAS Crane, LLC</u>

Address    <u>10700 Abbott's Bridge Road, Suite 170</u>
           Number   Street

           <u>Duluth  GA 30097</u>
           City                                    State    ZIP Code

Contact Phone  <u>470-321-7112</u>                     Email   <u>pcrockett@rascrane.com</u>

| | |
|---|---|
| IN RE: | |
| Jeffery J. Edgington, | CASE NO.: 16-51765 |
| Debtor, | CHAPTER 13 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert W. Bishop
24405 Gratiot Ave.
Eastpointe, MI 48021

Jeffery J. Edgington
1500 Glendale
Saint Clair, MI 48079

David Wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

                                                     RAS Crane, LLC
                                                     Authorized Agent for Secured Creditor
                                                     10700 Abbott's Bridge Road, Suite 170
                                                     Duluth, GA 30097
                                                     Telephone: 470-321-7112
                                                     Facsimile: 404-393-1425
                                                     By: /S/ Kamari Cook
                                                           Kcook@Rascrane.com



Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---|
| Statement Date: | 01/23/2019 |
| Loan Number: | |
| Current Payment Amount: | $803.58 |
| New Payment Amount: | $813.03 |
| New Payment Effective Date: | 04/01/2019 |
| Property Address: | 1500 GLENDALE ST |
| | SAINT CLAIR MI 48079 |

JEFFERY EDGINGTON
LISA M EDGINGTON
C/O ROBERT W BISHOP
24405 GRATIOT AVE
EASTPOINTE MI 48021-3306

Hello!

At Caliber Home Loans, we examine your escrow account at least annually to make sure there is enough money in your account to cover your tax and/or insurance payments. This review accounts for any increases or decreases in your taxes or insurance that can result in changes to your payment amount. The following outlines your actual escrow account activity since your previous disclosure or initial disclosure and the anticipated activity for the next 12 months.

To view differences between your current payment and new payment, please refer to Section 1 below. To view changes in your escrow account, please refer to Section 3 of this statement. Section 2 includes changes that are anticipated over the next 12 months, while Section 3 displays your history as of the last escrow analysis.

## Section 1 - Payment Breakdown

This section provides a breakdown of both your current and new payment which will become effective 04/01/2019.

| Payment Breakdown | Current Payment | New Payment Effective 04/01/19 |
|---|---|---|
| Principal & Interest | $ 549.14 | $ 549.14 |
| Base Escrow Payment | $ 254.44 | $ 263.89 |
| Shortage Payment | $ 0.00 | $ 0.00 |
| Surplus Adjustment | $ 0.00 | $ 0.00 |
| **TOTAL** | **$ 803.58** | **$ 813.03** |

If you utilize a bill paying service, please notify them of the payment changes scheduled to occur.

## Section 2 - Anticipated Escrow Activity

**ANTICIPATED ESCROW BALANCE $737.61 – MINIMUM REQUIRED BALANCE $527.78**

To ensure your account maintains enough money for future tax and insurance payments, a cushion is maintained on your loan when applicable, to help avoid a negative balance in your escrow account. This cushion may include up to two months' worth of your base escrow payment to cover increases in your tax or insurance payments. Your escrow balance should not fall below $527.78, which is your cushion amount and required balance. (Mortgage insurance is not included in your cushion calculation.)

| Month of Activity | Anticipated Payments To Escrow | Anticipated Disbursements From Escrow | Description | | Anticipated Balance | Required Balance | |
|---|---|---|---|---|---|---|---|
| | | | | Starting Balance | $1,265.45 | $1,055.62 | |
| 04/2019 | $263.89 | $.00 | | | $1,529.34 | $1,319.51 | |
| 05/2019 | $263.89 | $.00 | | | $1,793.23 | $1,583.40 | |
| 06/2019 | $263.89 | $.00 | | | $2,057.12 | $1,847.29 | |
| 07/2019 | $263.89 | $.00 | | | $2,321.01 | $2,111.18 | |
| 08/2019 | $263.89 | $.00 | | | $2,584.90 | $2,375.07 | |
| 09/2019 | $263.89 | -$1,828.31 | CITY/TOWN | | $1,020.48 | $810.65 | |
| 10/2019 | $263.89 | $.00 | | | $1,284.37 | $1,074.54 | |
| 11/2019 | $263.89 | $.00 | | | $1,548.26 | $1,338.43 | |
| 12/2019 | $263.89 | -$201.43 | CITY/TOWN | | $1,610.72 | $1,400.89 | |
| 01/2020 | $263.89 | -$1,137.00 | HOMEOWNER INS | | $737.61 | $527.78 | > |
| 02/2020 | $263.89 | $.00 | | | $1,001.50 | $791.67 | |
| 03/2020 | $263.89 | $.00 | | | $1,265.39 | $1,055.56 | |

For assistance with your payment, please contact Caliber Customer Service at 1-800-401-6587.

## Section 2 - Anticipated Escrow Activity (continued)

(No additional data available)

## Section 3 - Escrow Account History

This section itemizes your actual escrow account history since your last escrow analysis or initial disclosure. By comparing previous projections with actual payments and disbursements, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred, but is estimated to occur as shown.

| Month of Activity | Anticipated Escrow Payments | Actual Escrow Payments | Anticipated Disbursements From Escrow | Description | Actual Disbursements From Escrow | Description | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | $1,526.71 | -$717.65 |
| 06/2018 | $254.44 | $255.33 | $.00 | | $.00 | | $1,781.15 | -$462.32 |
| 07/2018 | $254.44 | $255.33 | $.00 | | $.00 | | $2,035.59 | -$206.99 |
| 08/2018 | $254.44 | $255.33 | $.00 | | -$1,828.31 | CITY/TOWN | * $2,290.03 | -$1,779.97 |
| 09/2018 | $254.44 | $255.33 | -$1,774.90 | CITY/TOWN | $.00 | | $769.57 | -$1,524.64 |
| 10/2018 | $254.44 | $255.33 | $.00 | | $.00 | | $1,024.01 | -$1,269.31 |
| 11/2018 | $254.44 | $255.33 | $.00 | | $.00 | | $1,278.45 | -$1,013.98 |
| 12/2018 | $254.44 | $255.33 | -$141.45 | CITY/TOWN | -$201.43 | CITY/TOWN | * $1,391.44 | -$960.08 |
| 01/2019 | $254.44 | $508.88 | -$1,137.00 | HOMEOWNER INS | $.00 | | $508.88 | -$451.20 |
| 02/2019 | $254.44 | $.00 | $.00 | | $.00 | | $763.32 | -$451.20 |
| 03/2019 | $254.44 | $.00 | $.00 | | $.00 | | $1,017.76 | -$451.20 |

## Section 4 - Questions

For questions regarding your statement, please contact Caliber Customer Service at 1-800-401-6587. Our business hours are Monday through Friday, 8:00 AM to 7:00 PM CST. Please also visit our website at www.caliberhomeloans.com.



## HISTORY OF ACCOUNT
## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

JEFFERY EDGINGTON  
LISA M EDGINGTON  
1500 GLENDALE ST  
SAINT CLAIR, MI 48079

ACCOUNT #   
02/21/2019  
REPORT ID:

Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.

### THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT
### FROM 01/26/2018 TO 02/21/2019

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 01/26/2018 | ($1,759.99) | Negative Adjustment | $0.00 | $0.00 | ($1,759.99) | ($1,759.99) |
| 02/28/2018 | $877.44 | Refund Homeowners Ins / Condo Master | $0.00 | $0.00 | ($882.55) | ($882.55) |
| 03/06/2018 | $260.38 | Escrow Payment | $0.00 | $0.00 | ($622.17) | ($622.17) |
| 03/20/2018 | $260.38 | Escrow Payment | $0.00 | $0.00 | ($361.79) | ($361.79) |
| 04/04/2018 | ($1,137.00) | Disbursement Homeowners Ins / Condo Master | ($1,137.00) | $0.00 | ($361.79) | ($1,498.79) |
| 04/10/2018 | $260.38 | Escrow Payment | ($1,137.00) | $0.00 | ($101.41) | ($1,238.41) |
| 05/11/2018 | $260.38 | Escrow Payment | ($978.03) | $0.00 | $0.00 | ($978.03) |
| 05/11/2018 | $260.38 | Escrow Payment | ($717.65) | $0.00 | $0.00 | ($717.65) |
| 06/13/2018 | $255.33 | Escrow Payment | ($462.32) | $0.00 | $0.00 | ($462.32) |
| 07/17/2018 | $255.33 | Escrow Payment | ($206.99) | $0.00 | $0.00 | ($206.99) |
| 08/08/2018 | $255.33 | Escrow Payment | $0.00 | $0.00 | $48.34 | $48.34 |
| 08/30/2018 | ($1,828.31) | Disbursement City/Town/Township | $0.00 | ($1,779.97) | $0.00 | ($1,779.97) |
| 09/25/2018 | $255.33 | Escrow Payment | $0.00 | ($1,524.64) | $0.00 | ($1,524.64) |
| 10/12/2018 | $255.33 | Escrow Payment | $0.00 | ($1,269.31) | $0.00 | ($1,269.31) |
| 11/21/2018 | $255.33 | Escrow Payment | $0.00 | ($1,013.98) | $0.00 | ($1,013.98) |
| 12/06/2018 | ($201.43) | Disbursement City/Town/Township | $0.00 | ($1,215.41) | $0.00 | ($1,215.41) |
| 12/13/2018 | $255.33 | Escrow Payment | $0.00 | ($960.08) | $0.00 | ($960.08) |
| 01/16/2019 | $254.44 | Escrow Payment | $0.00 | ($705.64) | $0.00 | ($705.64) |
| 01/16/2019 | $254.44 | Escrow Payment | $0.00 | ($451.20) | $0.00 | ($451.20) |
| 01/28/2019 | ($1,161.00) | Disbursement Homeowners Ins / Condo Master | ($1,161.00) | ($451.20) | $0.00 | ($1,612.20) |
| 02/14/2019 | $254.44 | Escrow Payment | ($1,161.00) | ($196.76) | $0.00 | ($1,357.76) |

| Description | Amounts |
|---|---|
| Insurance Balance | ($1,161.00) |
| Homeowner's Ins | ($1,161.00) |
| Flood | $0.00 |
| Earthquake | $0.00 |
| Windstorm | $0.00 |
| Mortgage Insurance | $0.00 |
| Undefined | $0.00 |
| Tax Balance | ($196.76) |
| Assessments | $0.00 |
| County | $0.00 |
| City/Town/Township | ($196.76) |
| School | $0.00 |
| Municipal District | $0.00 |
| Ground Rent | $0.00 |
| HOA/Condo Dues | $0.00 |
| Undefined | $0.00 |
| Unspecified Balance | $0.00 |
| Overall Balance | ($1,357.76) |
| Uncollected Escrow Shortage | $0.00 |
| Escrow Balance Total | ($1,357.76) |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.